# ELECTRONIC RECORD

COA #   06-15-00058-CR          OFFENSE:   OTHER CRIMINAL

STYLE:   William Robert Parker v. The State of Texas          COUNTY:   Panola

COA DISPOSITION:   Dismissed for Want of Jurisdiction          TRIAL COURT:   123rd District Court

DATE: 6/16/15          Publish: No   TC CASE #:   13,122

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   William Robert Parker v. The State of Texas

_____ PRO SE _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____ REFUSED _____

DATE: _09/16/2015_

JUDGE: _Per Curiam_

CCA #:   **812-15**

CCA Disposition: _____

DATE:   _____

JUDGE:   _____

SIGNED: _____      PC: _____

PUBLISH: _____      DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**